# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151231

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

JOEL AARON KING,
     Defendant-Appellant.

SC: 151231
COA: 325183
Oakland CC: 2009-228652-FC;
2009-228654-FC

_____/

     By order of April 6, 2016, the prosecuting attorney was directed to answer the application for leave to appeal the January 21, 2015 order of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2016



Clerk

s0922